# Intended Notice Recipients – Method of Notice

District/Off: 0209–2         User: tacy              Date Created: 5/16/2008
Case: 2–07–22881–JCN         Form ID: pdfattch       Total: 4

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
| | | |
|---|---|---|
| tr | George M. Reiber | trustee13@roch13.com, greiber@roch13.com |
| aty | Kevin J. Bambury | ecfkjb@jeffreyfreedman.com, jfaal@rochester.rr.com |

                                                                                    TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
| | | | | | |
|---|---|---|---|---|---|
| db | Debra L Bentley | 124 Rowley Drive | Rochester, NY 14624 | | |
| | Kathleen D. Schmitt, Esq. | Office of the U.S. Trustee | 100 State Street | Room 609 | Rochester, NY 14614 |

                                                                                    TOTAL: 2